# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank,<br><br>                                  Plaintiff,<br><br>v.<br><br>Earl McCroy; Mary L. Bean-McCroy; Nichol McCroy; State of Illinois Department of Revenue,<br><br>                                Defendants. | Case No. 14 cv 2160<br><br>Assigned Judge: Robert W. Gettleman<br><br>Magistrate Judge: Sheila M. Finnegan<br><br>Property Address: 5145-5147 St. Charles Road, Berkeley, IL 60163 |

## **MOTION FOR JUDGMENT OF FORECLOSURE AND SALE**

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest by merger to National City Bank, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s): Earl McCroy, Mary L. Bean-McCroy, and Nichol McCroy, and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                                                              PNC Bank, National Association, successor to National City Bank

                                                              By: __/s/ Jennifer E. Frick_____
                                                                   One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Jennifer E. Frick (ARDC#6299794)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
jfrick@crowleylamb.com